# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL C. ABERNATHY, JR.,<br>et al., | : | |
| | : | |
| Plaintiffs, | : | **CIVIL ACTION FILE NO.** |
| | : | |
| vs. | : | **1:06-CV-0419-WSD** |
| | : | |
| GEORGIA POWER, | : | |
| | : | |
| Defendant. | : | |

## STIPULATED DISMISSAL

Plaintiffs and Defendant stipulate to the dismissal of all claims now pending

in this case, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

### 1.    Parties Dismissed *With* Prejudice.

The following Plaintiffs' claims are dismissed *with prejudice*:

| | | |
|---|---|---|
| Anderson, Lavern | Brock, A.D. | Eubanks, Matt |
| Aylsworth, Keith | Cole, Robert | Fowler, Glen Keith |
| Baker, Roy | Crouse, James C. III | Googe, Ralph |
| Berrier, James | Davenport, Dwayne | Hill, Michael Keith |
| Blakenship, Marty | Dotson, Robert L., Jr. | Holloway, Bruce |
| Branton, Brien Scot | Eason, James Derrick | Holsomback, R.E. |

| | | |
|---|---|---|
| Hutado, Cesar | Moss, Robert | Thompson, Chad |
| Johnson, Gary | Nelson, Mike | Tidwell, Henry A. Jr. |
| Jones, James | Nixon, Mark | Tolbert, Donald |
| Kerr, Robert | Page, Brett | Warren, Kylan |
| Kirk, Danny | Porter, Jamey | White, Fred |
| Lee, Harry | Robinson, Rockford | Willerson, Michael |
| Leonard, Dwight | Sims, Kenneth | Williams, Stephen |
| Lloyd, Ryan | Sorrell, Carl | Wilson, Windel |
| Mashburn, Doug | Storey, Allen | Wood, John Michael |
| Mays, Scott | Summey, David | |

## 2.    Parties Dismissed *Without* Prejudice.

The following Plaintiffs' claims are dismissed *without prejudice*:

| | | |
|---|---|---|
| Abernathy, Michael C. Jr. | Biddy, J.T. | Bunch, Ronald |
| Anderson, Troy | Bright, Scott | Bunch, Ronnie |
| Bagwell, Ralph | Bruton, Michael | Burnley, Donald |
| Baird, Benny M. | Bryant, Jackie | Burson, Mark |
| Beard, David | Buchanan, Mark | Bush, Mark |

-2-

| | | |
|---|---|---|
| Cagle, Earl | Green, Robert | Nichols, Ronnie |
| Campbell, Lantz | Hardy, Jeff | Norton, Andrew Keith |
| Cannon, James | Harris, Ivy Randy | Osborne, Thomas |
| Carver, Anthony | Harriss, Tim | Padgett, Billy Namath |
| Chappell, Gary Van | Hasty, Waylon | Parker, Bryan |
| Chatman, Jeff | Holmes, Ricky | Perrin, T. Daniel |
| Chatman, Steven | Hughes, David | Perry, Ken |
| Churchville, Douglas | James, David | Petry, Steven |
| Cochran, Jackie | Johnson, John Harvey | Phillips, C. Evan |
| Corn, David | Kar, Dwight | Pinkard, Johnny |
| Dabbs, James Alan | King, James | Pledger, Darren |
| Deems, Al | Knight, Jimmy | Porter, Shane |
| Dotson, Tim | Leonard, Dennis Jason | Rachel, Titus |
| Edwards, G.S. | Leonard, Randal | Ramey, Steve |
| Evans, Dennis | Loveless, Ryan | Rhyne, Thomas |
| George, Khalid | Mathis, Tim | Rice, Michael |
| Gordon, Stephen Chad | Miller, James Carl | Richards, Philip |
| Graham, Richard | Nairn, Mark | Roberts, David |

| | | |
|---|---|---|
| Robinson, Jeremy | Stroup, Keith | Whitfield, David |
| Salazar, John | Tenney, R. Wayne | Willoughby, Robert |
| Scott, Michael | Thornbrough, Jerry | Wise, Elbert Jr. |
| Self, Ronnie | Tillery, Elwyn | Woodall, Steve |
| Smith, Jeff | Warren, Mark | |
| Stager, Malcolm | | |

The parties further stipulate that they will each bear their own costs and fees

in connection with the dismissal of this action.


_____/s/  Andrew Y. Coffman_____
Andrew Y. Coffman
Georgia Bar No. 173115

Parks, Chesin & Walbert, P.C.
75 Fourteenth Street, Ste. 2600
Atlanta, Georgia 30309
Telephone: (404)873-8000
Facsimile: (404)873-8050

*For Plaintiffs*


_____/s/  Stephen W. Riddell_____
Stephen W. Riddell
Georgia Bar No. 604810

Troutman Sanders, LLP
600 Peachtree Street, N.E., Ste 5200
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile:  (404) 885-3900

*For Defendant*


Entered as dismissed pursuant to
Rule 41(a)(I)(i)(ii), F.R.C.P.

-4-

James N. Hatten, Clerk

By:

Deputy Clerk